

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2018

No. 04-18-00213-CV

Maria Eugenia **FREEZE**,
Appellant

v.

Erwin Florentino **RAMIREZ**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-15361
Honorable Michael E. Mery, Judge Presiding

# O R D E R

After we granted a first motion for extension of time to file the brief, Appellee/Cross-Appellant Erwin Florentino Ramirez's consolidated response and opening brief was due on October 29, 2018. On the extended due date, Appellee/Cross-Appellant filed a motion for a ten-day extension of time to file the consolidated brief.

The motion is GRANTED. Appellee/Cross-Appellant's consolidated response and opening brief is due on November 8, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court